UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| .v. | ) | No.  3-09-00240-28 |
| | ) | |
| THOMAS L. CAREY, JR. | ) | |
| | ) | |

## ORDER

The Judgment and Commitment Order which was entered in the above styled case on

December 12, 2012 is  hereby amended as follows:

The court makes the following recommendation to the Bureau of Prisons:

The defendant serve his federal sentence in state custody

It is so ORDERED.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT